**Chahdad C. BOLOURI, Plaintiff–Appellant,**

v.

**BANK OF AMERICA, N.A.; JPMorgan Chase Bank, N.A. as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal**

Deposit Insurance Corporation, as Receiver for Washington Mutual Bank; Professional Foreclosure Corporation of Virginia, Defendants–Appellees.

No. 10–2069.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 1, 2011.

Decided: Aug. 11, 2011.

Christopher Edwin Brown, Brown, Brown & Brown, PC, Alexandria, Virginia, for Appellant. John C. Lynch, Troutman Sanders, LLP, Virginia Beach, Virginia; Jonathan S. Hubbard, Troutman Sanders, LLP, Richmond, Virginia; Bizhan Beiramee, Rathbun & Goldberg, PC, Fairfax, Virginia, for Appellees.

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chahdad C. Bolouri appeals the district court's order granting Defendants' Fed. R.Civ.P. 12(b)(6) motion to dismiss his state law claims for declaratory judgment, quiet title, and negligence, and his claim under the Fair Debt Collection Practices Act, 15 U.S.C.A. §§ 1692–1692p (West 2009 & Supp.2011). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Bolouri v. Bank of America, N.A.,* No. 1:10–cv–00225–LO–TCB (E.D.Va. August 24, 2010); *see also Horvath v. Bank of N.Y., N.A.,* 641 F.3d 617 (4th Cir.2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*